UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. Mishan & Sons, Inc.,<br><br>-v-<br><br>PMC Sales LLC and Does 1-2, | Plaintiff,<br><br>Case No. _____<br><br>**Rule 7.1 Statement**<br><br>Defendant. |



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_E. Mishan & Sons, Inc._ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: June 11, 2008

_Angela Nolero_
**Signature of Attorney**

**Attorney Bar Code:** AN1306

Form Rule7_1.pdf   SDNY Web 10/2007