date 07-01-08

To the Honorable Barbara S. Jones

Docket # 08CIV5341

I'm trying to work with the attorney for E. Mishan & Sons, Inc. his name is Angelo Notaro
I'm helping him and giving him information that he asked for thus far,
Names of my customers, and the information as to the company that made the item in question.
Mr Nataro said that since I would be in cooperation with him he could may very well drop the case against us, I of course want to do that but in the meantime I need more time And 60 days is what I would Like to ask you for, please if you will do this it will give me more time in case I need legal representation later, I guess at up and to this time I'm doing what was told to me is called a "pro-se". You can reach me at the contact information below. My wife has lost her mother and is having a very tough time as you can guess and I just hate seeing her this way over something like this, so my hope is to get this taken care of soon. we have never had anything like this to come our way, we are law abiding people and this was not a willful thing that I did, I'm going with what Mr Nataro is telling me so far, he seems to be a nice and helpful man, as I said I do hope this gets settled soon, if there is something else you need or need me to do, would you please let me know.
Thank you for you consideration in this matter
James chapman

PMC SALES LLC
3313 CHESTNUT CIR
CLEVELAND, TN 37312
My PHONE NUMBER IS 423-4768923
NO FAX

COPY MAILED / FAXED TO:
COUNSEL FOR PLTFF(S): faxed
COUNSEL FOR DFT(S): _____
PLTFF PRO SE: _____
DFT. PRO SE: certified mail
DATE: 7/3/08
BY: YKL

Application Granted. Pro Se Defendant's time to answer is extended to sixty (60) days.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.

Tuesday, July 01, 2008 AOL: JamesPaula

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/08