Gary Adelman (GA7138)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300
Fax: (212) 956-2164
gpa@robinsonbrog.com
*Attorneys for Defendant PMC Sales, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
E. MISHAN & SONS, INC.,                    Civil Action No. 08 CIV 5341

                                                                                Hon. Barbara S. Jones
                                           Plaintiff(s),
v.                                         **NOTICE OF APPEARANCE**

PMC SALES, LLC and DOES 1-2
                                          Defendant(s).
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned Robinson Brog Leinwand Greene Genovese & Gluck, P.C., has been retained as Counsel for the Defendant PMC Sales, LLC and hereby appears in the above-entitled action on their behalf. Please direct all future communications to the undersigned.

Dated: New York, New York
       August 28, 2008

                                                ROBINSON BROG LEINWAND GREENE
                                                GENOVESE & GLUCK P.C.

                                                _____
                                                Gary Adelman (GA7138)
                                                *Attorneys for Defendant PMC Sales, LLC*
                                                1345 Avenue of the Americas, 31st Floor
                                                New York, New York 10105
                                                Tel: (212) 603-0481
                                                Fax: (212) 956-2164

{00401480.DOC;1}