## ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

1345 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10105-0143

212-603-6300

FAX 212-956-2164

August 28, 2008

Gary Adelman
(212) 603-0481
gpa@robinsonbrog.com

**VIA FACSIMILE**

Hon. Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

   Re: *E. Mishan & Sons, Inc., v. PMC Sales, LLC et al.*
     Civil Action No.: 08 CV 5341

Honorable Judge Jones:

  We represent the Defendant PMC Sales, LLC ("Defendant"), in the above referenced action. We write to respectfully request an extension of time to answer Plaintiff's Complaint.

  Pursuant to your Honor's July 7, 2008 Endorsed Letter, this Court extended Defendant's time to answer sixty (60) days, so that Defendant could have time to retain counsel. Subsequently this firm was retained on or about August 14, 2008. Since that time we have been in settlement negotiations with Plaintiff's counsel.

  We respectfully request an additional thirty (30) day extension of time to answer. We make this request for additional time to answer so that the parties can continue our settlement negotiations and hopefully enter into a settlement agreement without having to further litigate this matter.

  Plaintiff's counsel has consented to this request.

{00401486.DOC;1}



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/09

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

Hon. Barbara S. Jones
August 28, 2008
Page 2

   Thank you for your attention to this matter. Should you have further questions I am available at the Court's convenience.

            Respectfully submitted,

            ROBINSON BROG LEINWAND GREENE
            GENOVESE & GLUCK P.C.

            *[signature]*

            Gary Adelman

Cc: Angelo Notaro, Esq.

*Application Granted. Defendant's time to answer is extended by an additional 30 days.*

**SO ORDERED** *[signature]*
**Dated:** BARBARA S. JONES
     U.S.D.J.

9/2/08

{00401486.DOC;1}